# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL VEGA,<br><br>            Plaintiff,<br><br>     v.<br><br>GARCIA, *et al.*,<br><br>            Defendants. | Case No. 1:21-cv-00483-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

Plaintiff Angel Vega ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:    **March 24, 2021**                    /s/ Barbara A. McAuliffe         
                                                                    UNITED STATES MAGISTRATE JUDGE

1