1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ANGEL VEGA,                                     No.  1:21-cv-00483-NONE-BAM (PC)

12              Plaintiff,

13        v.                                         ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS TO DISMISS
14   GARCIA, *et al.*,                               ACTION, WITHOUT PREJUDICE, FOR
                                                     FAILURE TO OBEY A COURT ORDER
15              Defendants.                          AND FAILURE TO PROSECUTE

16                                                   (Doc. No. 5)

17

18        Plaintiff Angel Vega is a state prisoner proceeding *pro se* in this civil rights action

19   pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On March 24, 2021, the assigned magistrate judge issued an order for plaintiff to submit

22   an application to proceed *in forma pauperis* or pay the filing fee within forty-five days to proceed

23   with this action.  (Doc. No. 3.)  Plaintiff did not file an application to proceed *in forma pauperis*,

24   pay the filing fee, or otherwise communicate with the court.

25        Accordingly, on May 26, 2021, the magistrate judge issued findings and recommendations

26   recommending dismissal of this action, without prejudice, for failure to obey a court order, failure

27   to pay the filing fee, and failure to prosecute.  (Doc. No. 5.)  Those findings and

28   recommendations were served on plaintiff and contained notice that any objections thereto were

                                                  1

1    to be filed within fourteen days after service.  (*Id.* at 3–4.)  No objections have been filed, and the

2    deadline to do so has now passed.

3        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a

4    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

5    magistrate judge's findings and recommendations are supported by the record and by proper

6    analysis.

7        Accordingly,

8        1.    The findings and recommendations issued on May 26, 2021, (Doc. No. 5), are

9              adopted in full;

10       2.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a

11             court order, failure to pay the filing fee, and failure to prosecute; and

12       3.    The Clerk of the Court is directed to close this case.

13

14   IT IS SO ORDERED.

15       Dated:    **July 19, 2021**                          _____

16                                                           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2